THOMAS P. O'BRIEN
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
CA State Bar No.:  187176
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, California 90012

Tel: (213) 894-6117
Fax: (213) 894-7819

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| GARY F. SHERMAN,<br><br>    Plaintiff,<br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No.  EDCV 06-1074 FFM<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND SIX HUNDREND SIXTEEN DOLLARS and SEVENTY CENTS ($3,616.70), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  December 1, 2008

                  /S/ FREDERICK F. MUMM
                HON. FREDERICK F. MUMM,

-1-

UNITED STATES MAGISTRATE JUDGE